IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 07-207-3 |
| v. | : | |
| BARRY LITTLE | : | CIVIL ACTION NO. 12-2005 |

## ORDER

**AND NOW**, this 17th day of June, 2013, upon consideration of Defendant Barry Little's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Crim. Docket No. 303), and all documents filed in connection therewith, and after evidentiary hearings on April 2, April 11, and April 25, 2013, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion to Vacate, Set Aside or Correct Sentence is **DENIED**.

2. Because Defendant has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability.

3. The Clerk is directed to **CLOSE** Civil Action No. 12-2005.

BY THE COURT:

S/ JOHN R. PADOVA
John R. Padova, J.